BURTON F. BOLTUCH (SBN 070211)
LAW OFFICES OF BURTON F. BOLTUCH
555 Twelfth Street, Suite 1440
Oakland, CA 94607-4046
Telephone: (510) 844-3415
Facsimile: (510) 444-3401
E-Mail: bboltuch@workplacelaw.biz

MICHAEL ZATKIN (SBN 209494)
KING KING & FISHLEDER
555 Twelfth Street, Suite 1440
Oakland, CA 94607-4046
Telephone: (510) 844-3416
Facsimile: (510) 444-3401
E-Mail: mike@kkflaw.net

Attorneys for Defendant Kimberly Moss

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KIMBERLY MOSS-WILLIAMS, an individual; and Does 1 through 100, inclusive, <br><br> Defendants. | Case No.: C10-05297 ~~EDL~~ JF <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE TO MARCH 25, 2011** |

IT IS HEREBY STIPULATED AND AGREED BY ALL COUNSEL that:

The above matter is currently set for a Case Management Conference ("CMC") on March 18, 2011. However, the parties have agreed to depositions on March 22, 23 and 24. Thus, counsel believe that a CMC on March 25 will allow counsel to better discuss with the Court the future

litigation of the case. All counsel request that the Court reschedule the CMC to March 25, 2011 at 10:30 a.m., or some other time and date convenient to the Court.

**SO STIPULATED:**

Dated: February 28, 2011          LAW OFFICES OF BURTON F. BOLTUCH

By: _____
BURTON F. BOLTUCH
Attorneys for Defendant KIMBERLY MOSS

Dated: February 28, 2011          KING, KING & FISHLEDER

By: _____
MICHAEL ZATKIN
Attorneys for Defendant KIMBERLY MOSS

Dated: March __1__, 2011          JACKSON LEWIS LLP

By: _____
DYLAN B. CARP
Attorneys for Plaintiff LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>KIMBERLY MOSS-WILLIAMS, an individual; and Does 1 through 100, inclusive,<br><br>            Defendants. | Case No.: C10-05297 ~~EDL~~  JF<br><br>**ORDER RESCHEDULING CMC TO MARCH 25, 2011** |

## ORDER

Based on the Stipulation of the Parties hereto, the Case Management Conference in the above-captioned matter may be and hereby is continued to March 25, 2011 at 10:30 a.m.

Dated: March 2, 2011

_____
HON. JEREMY FOGEL