BURTON F. BOLTUCH (SBN 070211)
LAW OFFICES OF BURTON F. BOLTUCH
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: 510.622.7700
Fax: 510.622.7701 (E-fax)
Email: bboltuch@workplacelaw.biz

Attorneys for Defendant Kimberly Moss-Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS, INC., <br> Plaintiffs, <br> vs. <br> KIMBERLY MOSS-WILLIAMS, an individual; and Does 1 through 100, inclusive, <br> Defendants. | Case No.: C10-05297 JF <br> **NOTICE OF WITHDRAWAL; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that upon execution of the court order below, the law firm of King, King and Fishleder has withdrawn from the above-captioned matter and no longer represents Defendant KIMBERLY MOSS-WILLIAMS. Defendant KIMBERLY MOSS-WILLIAMS will still be represented by the Law Offices of Burton F. Boltuch and attorney Burton F. Boltuch.

Withdrawing counsel for Defendant KIMBERLY MOSS-WILLIAMS are:

George King
King, King & Fishleder
555 Twelfth Street, Suite 1440
Oakland, CA 94607
Phone: (510) 844-3400
Fax: (510) 444-3401
E-mail: george@kkflaw.net

Michael G. Zatkin
King, King & Fishleder
555 Twelfth Street, Suite 1440
Oakland, CA 94607
Phone: (510) 844-3400
Fax: (510) 444-3401
E-mail: mike@kkflaw.net

Henceforth, all pleadings, orders and notices to Defendant KIMBERLY MOSS-WILLIAMS need only be served upon the following counsel for Defendant KIMBERLY MOSS-WILLIAMS:

Case No.: C10-05297 JF

Burton F. Boltuch
Law Offices of Burton F. Boltuch
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: 510.622.7700
Fax: 510.622.7701 (E-fax)
Email: bboltuch@workplacelaw.biz

The undersigned parties consent to the above withdrawal of counsel.

DATED: July 12, 2011               KIMBERLY MOSS-WILLIAMS


                                   _____/S/_____
                                   KIMBERLY MOSS-WILLIAMS


DATED: July 12, 2011               KING, KING & FISHLEDER


                                   By:_____/S/_____
                                       GEORGE KING


DATED: July 12, 2011               LAW OFFICES OF BURTON F. BOLTUCH


                                   By:_____/S/_____
                                       BURTON F. BOLTUCH

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 12, 2011               LAW OFFICES OF BURTON F. BOLTUCH


                                   By:_____/S/_____
                                       BURTON F. BOLTUCH


The above withdrawal of counsel is approved and so ORDERED.

DATED: 7/20/11
                                   _____
                                   JUDGE OF THE UNITED STATES DISTRICT COURT

Case No.: C10-05297 JF
NOTICE OF WITHDRAWAL; [PROPOSED] ORDER

2