\*\*E-Filed 9/8/2011\*\*

1  Mark S. Askanas (SBN 122745)
   Dylan B. Carp (SBN 196846)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5  askanasm@jacksonlewis.com
   carpd@jacksonlewis.com
6  Attorneys for Plaintiff
7  LIFETOUCH NATIONAL SCHOOL STUDIOS INC.

8  UNITED STATED DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY MOSS-WILLIAMS, an individual; Creative Imaging by Robert Garcia, Inc., a corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 10-05297 JF MED<br><br>**STIPULATION TO VACATE CASE MANGEMENT CONFERENCE PENDING REASSIGNMENT; [PROPOSED] ORDER**<br><br>Complaint Filed: March 25, 2010<br>Trial Date: None Set |

1

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE

Case No. 10-05297 JF MED

WHEREAS a Case Management Conference is scheduled for September 9, 2011;

WHEREAS Plaintiff's counsel has a conflict on that date;

WHEREAS the parties desire to reschedule the Case Management Conference but understand that, given Judge Fogel's impending retirement from the Bench, this case will likely be reassigned to a new judge before a rescheduled Case Management Conference would take place;

THEREFORE, the parties hereby STIPULATE to VACATE the Case Management Conference scheduled for September 9, 2011. If the Court does not set a date and time for a Case Management Conference by October 15, 2011, the parties will contact the Clerk for the new judge once this case has been reassigned to reschedule the Case Management Conference.

JACKSON LEWIS LLP

DATED: August 30, 2011   By: _____
Mark S. Askanas
Dylan B. Carp
Attorneys for Plaintiff
Lifetouch National School Studios Inc.

LAW OFFICES OF BURTON F. BOLTUCH

DATED: August 30, 2011   By: ____/s/_____
Burton F. Boltuch
Attorney for Defendant
Kimberly Moss-Williams

IT IS SO ORDERED.

Date: __September 8_____, 2011

_____
United States District Court Judge

4846-5180-0586, v. 2