**E-Filed 9/8/2011**

1 | Mark S. Askanas (SBN 122745)
2 | Dylan B. Carp (SBN 196846)
  | JACKSON LEWIS LLP
3 | 199 Fremont Street, 10th Floor
  | San Francisco, California 94105
4 | Telephone: (415) 394-9400
  | Facsimile: (415) 394-9401
5 | askanasm@jacksonlewis.com
  | carpd@jacksonlewis.com
6 | Attorneys for Plaintiff
7 | LIFETOUCH NATIONAL SCHOOL STUDIOS INC.

## UNITED STATED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS INC., | Case No. 10-05297 JF MED |
| Plaintiff, | **STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE PENDING REASSIGNMENT; [PROPOSED] ORDER** |
| v. | Complaint Filed: March 25, 2010 |
| KIMBERLY MOSS-WILLIAMS, an individual; Creative Imaging by Robert Garcia, Inc., a corporation; and Does 1 through 100, inclusive, | Trial Date: None Set |
| Defendants. | |

1

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE

Case No. 10-05297 JF MED

1  WHEREAS a Case Management Conference is scheduled for September 9, 2011;

2  WHEREAS Plaintiff's counsel has a conflict on that date;

3  WHEREAS the parties desire to reschedule the Case Management Conference but understand that, given Judge Fogel's impending retirement from the Bench, this case will likely be reassigned to a new judge before a rescheduled Case Management Conference would take place;

THEREFORE, the parties hereby STIPULATE to VACATE the Case Management Conference scheduled for September 9, 2011. If the Court does not set a date and time for a Case Management Conference by October 15, 2011, the parties will contact the Clerk for the new judge once this case has been reassigned to reschedule the Case Management Conference.

JACKSON LEWIS LLP

DATED: August 30, 2011         By: _____
                                    Mark S. Askanas
                                    Dylan B. Carp
                                    Attorneys for Plaintiff
                                    Lifetouch National School Studios Inc.

LAW OFFICES OF BURTON F. BOLTUCH

DATED: August 30, 2011         By: ____/s/_____
                                    Burton F. Boltuch
                                    Attorney for Defendant
                                    Kimberly Moss-Williams

IT IS SO ORDERED.

Date: __September 8__, 2011

_____
United States District Court Judge

4846-5180-0586, v. 2