Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com
carpd@jacksonlewis.com

Attorneys for Plaintiff
LIFETOUCH NATIONAL SCHOOL STUDIOS INC.

Burton F. Boltuch (SBN 070211)
LAW OFFICES OF BURTON F. BOLTUCH
1300 Clay Street, Suite 600
Oakland, California 94612-1427
Telephone: (510) 622-7700
Facsimile: (510) 622-7701
bboltuch@workplacelaw.biz

Attorneys for Defendants
CREATIVE IMAGING BY ROBERT GARCIA, INC. and KIMBERLY MOSS

UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS INC., <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY MOSS-WILLIAMS, an individual; CREATIVE IMAGING BY ROBERT GARCIA, INC.; and Does 1 through 100, inclusive, <br><br> Defendants. | Case No. 10-05297 RMW MED <br><br> **STIPULATION TO VACATE TRIAL DATE AND [~~PROPOSED~~] ORDER** <br><br> Complaint Filed: March 25, 2010 <br> Trial Date: November 5, 2012 |

TO THE HONORABLE COURT:

WHEREAS Plaintiff LIFETOUCH NATIONAL SCHOOL STUDIOS, INC. and Defendants KIMBERLY MOSS-WILLIAMS and CREATIVE IMAGING BY ROBERT GARCIA, INC. (collectively the "Parties") on March 6, 2012 submitted to the U.S. Magistrate assigned to this matter Joint Discovery Report #2 for determination;

WHEREAS Joint Discovery Report #2 requested that the Magistrate resolve discovery issues in this matter that are essential to the litigation of this matter and that will help the Parties frame the rest of discovery, possible settlement, and significantly affect the issues at trial;

1

WHEREAS the Magistrate has the matter under submission, but has not yet issued a decision;

WHEREAS by Order of the Court, Document 62, issued on January 10, 2012, this matter is currently set for trial to begin on November 5, 2012 and the lay discovery cutoff is set for July 12, 2012; and

WHEREAS due to the fact that discovery is in essence "on hold" until the Parties receive and evaluate the decision of the Magistrate on the discovery issue;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record:

1. That the trial date and all discovery and pre-trial deadlines be vacated pending the U.S. Magistrate's ruling on Joint Discovery Report #2;

2. That once the U.S. Magistrate issues a ruling, the Parties will immediately submit to the court a Proposed Case Management Order with a new suggested trial date and the suggested necessary discovery and pre-trial deadlines and will request the scheduling of a further case management conference and, if logical at that time, a settlement conference before a Magistrate.

JACKSON LEWIS LLP

DATED: May 25, 2012    By:    s/Dylan B. Carp
                              Dylan B. Carp
                              Travis Raymond
                              Attorneys for Plaintiff
                              LIFETOUCH NATIONAL SCHOOL STUDIOS INC.

LAW OFFICES OF BURTON F. BOLTUCH

DATED: May 25, 2012    By:    s/Burton F. Boltuch
                              Burton F. Boltuch
                              Attorney for Defendants
                              KIMBERLY MOSS-WILLIAMS and CREATIVE IMAGING BY ROBERT GARCIA, INC.

STIPULATION TO VACATE TRIAL DATE AND [PROPOSED] ORDER    Case No. 10-05297 RMW MED

[~~PROPOSED~~] ORDER

Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered that the trial in this matter scheduled for November 5, 2012 and all discovery and pre-trial deadlines are VACATED. Following the issuance of a ruling on the Parties' Joint Discovery Report #2, the Parties are to immediately submit to the Court a Proposed Case Management Order requesting a new trial date, discovery and pre-trial deadlines, are to request the scheduling of a further case management conference and, if logical at that time, request a settlement conference before a Magistrate.

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

~~June 20, 2012~~

Dated: ~~May ___, 2012~~

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge

3

STIPULATION TO VACATE TRIAL DATE AND [~~PROPOSED~~] ORDER    Case No. 10-05297 RMW MED