Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askansasm@jacksonlewis.com
carpd@jacksonlewis.com

Attorneys for Plaintiff
LIFETOUCH NATIONAL SCHOOL STUDIOS INC.

Burton F. Boltuch (SBN 070211)
LAW OFFICES OF BURTON F. BOLTUCH
1300 Clay Street, Suite 600
Oakland, California 94612-1427
Telephone: (510) 622-7700
Facsimile: (510) 622-7701
bboltuch@workplacelaw.biz

Attorneys for Defendants
CREATIVE IMAGING BY ROBERT GARCIA, INC. and KIMBERLY MOSS

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY MOSS-WILLIAMS, an individual; CREATIVE IMAGING BY ROBERT GARCIA, INC.; and Does 1 through 100, inclusive<br><br>Defendants. | Case No. 10-05297 RMW<br><br>**STIPULATION and [PROPOSED] ORDER TO RESCHEDULE CMC** |

TO THE HONORABLE COURT:

Plaintiff LIFETOUCH NATIONAL SCHOOL STUDIOS, INC. and Defendants KIMBERLY MOSS and CREATIVE IMAGING BY ROBERT GARCIA, INC. (collectively, the "Parties") hereby jointly request that the Case Management Conference ("CMC") scheduled for August 30, 2013 be rescheduled to any of the following dates: August 23, October 4, 11, 18, 2013 or to any other date in November that the Court is available. The CMC was recently rescheduled by the Court from August 9 to August 30, but counsel for Defendants will be out of the state on August 30. Defendants' counsel is not available on any Friday in September 2013 due to professional commitments and the wedding of his oldest son.

1  SO STIPULATED:

2  DATED: August 14, 2013                    LAW OFFICES OF BURTON F. BOLTUCH

3

4                                            By: /s/ Burton F. Boltuch
                                             Burton F. Boltuch
5                                            Attorneys for Defendants
                                             KIMBERLY MOSS-WILLIAMS and
6                                            CREATIVE IMAGING BY ROBERT GARCIA,
7                                            INC.

8
9  DATED: August 14, 2013                    JACKSON LEWIS LLP

10
                                             By: /s/ Dylan B. Carp
11                                           Dylan B. Carp
                                             Attorneys for Plaintiff
12                                           LIFETOUCH NATIONAL SCHOOL STUDIOS
13                                           INC.

14

15                                    **ORDER**

16      Based on the parties' stipulation, the CMC set for August 30, 2013 at 8:30 a.m., is

17  rescheduled to _____, 2013 at _____. No further CMC Statement

18  need be filed as the parties filed a CMC Statement for the CMC originally set for August 9,

19  2013.

20  DATED: _____, 2013

21
                                             /s/ Ronald M. Whyte
22                                           _____
                                             U.S. District Court Judge

23

24

25

26

27

28

---

2

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC

Case No. 10-05297 RMW